# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SAMODIO-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.; DOES 1 to 100,<br><br>Defendants. | Case No. 2:21-cv-04995-VAP (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Courtroom: 8A<br>District Judge: Virginia A. Phillips<br>Magistrate Judge: Paul L. Abrams<br>Complaint Filed: November 30, 2020<br>Trial Date: March 29, 2022 |

   Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

   **IT IS SO ORDERED.**

Dated: December 28, 2021

_____
Honorable Paul L. Abrams
United States Magistrate Judge

1
ORDER RE STIPULATED PROTECTIVE ORDER
Case No. 2:21-cv-04995-VAP (PLAx)